GERARD BEEKMAN et al., as Trustees of the Estate of JAMES W. BEEKMAN, Deceased, and Individually, Appellants, *v.* SUSAN VAN DOLSEN, as Executrix of ABRAHAM VAN DOLSEN, Deceased, Respondent.

*Beekman* v. *Van Dolsen,* 85 Hun, 618, affirmed.
(Argued March 3, 1898; decided March 22, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered March 22, 1895, upon an order affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court and an order denying a motion for a new trial.

*William Mitchell* for appellants.

No appearance for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur, except GRAY, J., absent.

------

HENRY A. ROOT, Respondent, *v.* THE NEW YORK AND NEW ENGLAND RAILROAD COMPANY, Appellant.

*Root* v. *New York & New England R. R. Co.,* 83 Hun, 111, affirmed.
(Argued March 3, 1898; decided March 22, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the second judicial department, entered January 2, 1895, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Walter C. Anthony* for appellant.

*Frederic S. Barnum* for respondent.

Judgment affirmed, with costs, on the ground that there is evidence of gross negligence on the part of the defendant; no opinion.
All concur.